**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1502**

ANN KARIMA GALLANT,

                 Plaintiff - Appellant,

          v.

DEUTSCHE BANK,

                 Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  Glen E. Conrad, Chief
District Judge.  (3:10-cv-00006-gec)

Submitted:  November 30, 2010        Decided:  December 3, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ann Karima Gallant, Appellant Pro Se.  Harry Margerum Johnson,
III, Glen Howard Sturtevant, Jr., HUNTON & WILLIAMS, L.L.P.,
Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ann Karima Gallant appeals the district court's order denying her motion for entry of default. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Gallant seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED